UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:04-cr-312-J-25PDB

ERICK MARTINEZ

## UNITED STATES' RESPONSE TO
## MOTION TO TERMINATE SUPERVISED RELEASE

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this response to Erick Martinez's Motion to Terminate Supervised Release, Doc. 95, and states the following:

On October 5, 2016, the Court entered an Order, Doc. 96, ordering the United States to confer with the United States' Probation Office and file a response to Martinez's motion.

The undersigned consulted with Ronald Kutney, the United States probation officer who is supervising Mr. Martinez in the Southern District of New York.  Mr. Kutney advised that the Probation Office does not oppose early termination as Mr. Martinez has maintained a stable residence with his wife, is gainfully employed, has remained arrest free and has shown no signs of criminal behavior or substance abuse.  In March 2013, Mr. Martinez was transferred to the Low Intensity caseload, and has followed all directives in reporting since that time.

However, the undersigned opposes early termination. Mr. Martinez was convicted of conspiracy to possess with intent to distribute 5 kilograms or more of cocaine, after pleading straight up to the Indictment. He was sentenced to 120 months' imprisonment and five years' supervised release. Mr. Martinez was involved in a large scale cocaine organization in which he was one of the intended recipients of ten kilograms of cocaine. When the cocaine was seized by law enforcement, Martinez paid $8,000 towards the money owed for the cocaine. During a recorded conversation with a cooperating individual, after the cocaine had been seized by law enforcement, Martinez advised that he could move 10 kilograms of cocaine each week. PSR at P¶ 13. Mr. Martinez has other drug related arrests, and was serving a 5 - year term of probation for criminal possession of a controlled substance in Case No. 00-BX060258, Bronx Criminal Court, New York, New York, when he was charged in the instant case. He was sentenced on the Bronx offense on November 29, 2000, and was involved in arranging to receive a large load of cocaine in October 2003.

While the United States recognizes Mr. Martinez's success thus far with the terms of supervision, the undersigned opposes early termination due to the large scale nature of Mr. Martinez's involvement in this sophisticated drug organization.

        Respectfully submitted,

        A LEE BENTLEY, III
        United States Attorney

By:   *s/ Julie Hackenberry*
      JULIE HACKENBERRY
      Assistant United States Attorney
      Bar No. 0094201
      300 N. Hogan Street, Suite 700
      Jacksonville, Florida 32202
      Telephone: (904) 301-6300
      Facsimile: (904) 301-6310
      E-mail:Julie.Hackenberry@usdoj.gov

U.S. v. ERICK MARTINEZ  Case No. 3:04-cr-312-J-25PDB

### **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    N/A

I hereby certify that on October 24, 2016, a true and correct copy of the foregoing document and the notice of electronic filing was sent by United States Mail to the following non-CM/ECF participant(s):

    Erick Martinez

    Ronald S. Kutney
    U.S. Probation Officer Specialist
    Daniel Patrick Moynihan US Courthouse
    Southern District of New York
    500 Pearl Street, 6th Floor
    New York, NY 10007-1312

    *s/ Julie Hackenberry*
    JULIE HACKENBERRY
    Assistant United States Attorney
    Bar No. 0094201
    300 N. Hogan Street, Suite 700
    Jacksonville, Florida 32202
    Telephone:  (904) 301-6300
    Facsimile:  (904) 301-6310
    E-mail:  Julie.Hackenberry@usdoj.gov