UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

v.                                      CASE NO.   3:04-cr-312-J-25PDB

**ERICK MARTINEZ**
_____/

ORDER

**THIS CAUSE** is before the Court on the *pro se* Motion to Terminate Defendant's Supervised Release Term (Dkt. 95), and the United States' Response thereto (Dkt. 97). Upon consideration, the Court finds as follows:

On July 28, 2005, Defendant was sentenced to a term of 120 months' imprisonment, to be followed by five (5) years' supervised release, for conspiracy to possess with intent to distribute five (5) kilograms or more of cocaine. The Defendant commenced his term of supervised release on November 20, 2012, and has served almost 80% of his term of supervision. Apparently, there is no objection by the probation office in the Southern District of New York to the early termination of Defendant's supervision. The United States opposes early termination.

The Court has considered the seriousness of the offense for which Defendant was sentenced, but finds that Defendant's conduct and behavior while on supervised release, and the best interest of justice warrants early termination. Accordingly, it is

**ORDERED** that Motion to Terminate Defendant's Supervised Release Term (Dkt. 95) is **GRANTED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 1ST day of November, 2016.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:
Counsel of Record
U.S. Probation Office
Defendant